1    Robert A. Naeve (State Bar No. 106095)
     rnaeve@jonesday.com
2    JONES DAY
     3 Park Plaza
3    Suite 1100
     Irvine, California  92614
4    Telephone:  (949) 851-3939
     Facsimile:   (949) 553-7539
5
     Attorneys for Defendants
6    AVON PRODUCTS, INC. and
     SUSAN LUNDSTROM
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11

12   EUSTOLIA HEARNS,                    Case No. EDCV-07-1633-VAP
                                         (JCRx)
13              Plaintiff,
                                         ORDER ON SUBSTITUTION OF
14        v.                             ATTORNEY

15   AVON PRODUCTS, INC.; SUSAN
     LUNDSTROM; and DOES 1-25
16
                Defendants.
17

18

19        Having read the Request for Approval of Substitution of Attorney filed on

20   June 5, 2008, the substitution is hereby approved and so ORDERED:

21

22   DATED: June 14 2008        Virginia A Philips

23                              UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28